**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7868

GEORGE L. SPENCER,

Plaintiff - Appellant,

versus

PAUL WILLIAMS, Dr.; VICKI PHIPPS, RNCB/DON; F.
TAYLOR, Grievance Coordinator; R. MULLINS,
Grievance Coordinator; TRACY S. RAY, Warden,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, Senior District
Judge. (CA-05-627-7)

Submitted: February 23, 2006          Decided: March 6, 2006

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

George L. Spencer, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

George L. Spencer appeals the district court's order dismissing without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) (2000), his action filed under 42 U.S.C. § 1983 (2000), for failure to state a claim and the court's order denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Spencer v. Williams, No. CA-05-627-7 (W.D. Va. Oct. 19, 2005; Nov. 2, 2005). We deny Spencer's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED